**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| **ROBIN KRISTINE RATHGE ARBITMAN** | : | CIVIL ACTION |
| | : | |
| **v.** | : | NO.  18-cv-51 |
| | : | |
| **NANCY A. BERRYHILL** | : | |


## <u>ORDER</u>

**AND NOW,** this 29th day of March, 2019, upon careful consideration of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, and Plaintiff's Objections thereto, it is hereby **ORDERED** that:

1. Plaintiff's Objections [Doc. 11] are **SUSTAINED**.

2. The Report and Recommendation [Doc. 10] is not approved and adopted.

3. The Plaintiff's Request for Review [Doc. 6] is **GRANTED**.

4. Judgment is **ENTERED** in favor of the Plaintiff and against the Defendant, the Commissioner of Social Security Administration.

5. The Commissioner's decision is **VACATED** and this matter is **REMANDED** to the Commissioner with instructions to conduct a new administrative hearing, develop the record fully, and evaluate the evidence appropriately in accordance with the Court's Memorandum.

6. The Clerk is **DIRECTED** to mark this case closed.




**BY THE COURT:**



**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**